UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

P-SEND

| Case No.: | LEAD CASE: SA CV 07-65-PSG (MLGx)<br>MEMBER CASE CV 07-839-PSG (MLGx):<br>MEMBER CASE SA CV 07-158-PSG (MLGx)<br>MEMBER CASE SA CV 07-287-JVS (RNBx) | | April 17, 2007 |
|---|---|---|---|
| Title: | Jerry Michael Crafton | -vs- | Powercase Technologies, Inc., et al. |
|  | Kenneth Kwan | -vs- | Powercare Technologies, Inc., et al. |
|  | Achille Tedesco | -vs- | Powerwave Technologies, Inc., et al. |
|  | Farokh Etemadieh, et al. | -vs- | Powerwave Technologies, et al. |



Present: The Honorable:   Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Not Present                Not Present

Proceedings (In Chambers):   The Both Group's Motion to Consolidate Actions and to Appoint Lead Plaintiffs and Co-lead Counsel
Filed 04-02-07

Electrical Workers Pension Fund Local 103, I.B.E.W.'s Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel
Filed 04-02-07

The Kabrey Group's Motion to Consolidate Actions, to Be Appointed Lead Plaintiff and for Approval of Lead Counsel and Liaison Counsel
Filed 04-02-07

The Silberman Group's Motion to Consolidate Related Cases, to Be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Counsel
Filed 04-02-07

Powerwave Investors Group's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection OF Lead Counsel
Filed 04-02-07

On the Court's own motion, all the above-referenced motions are hereby continued to **Monday, May 28, 2007 at 1:30 p.m.**

cc: Counsel

Initials of Preparer      wkh