Jordan L. Lurie (130013)
jlurie@weisslurie.com
Leigh A. Parker (170565)
lparker@weisslurie.com
WEISS & LURIE
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA  90024
Tel:   (310) 208-2800
Fax:   (310) 209-2348

Richard B. Brualdi (Admitted *Pro Hac Vice*)
rbrualdi@brualdilawfirm.com
Sue Lee (Admitted *Pro Hac Vice*)
slee@brualdilawfirm.com
THE BRUALDI LAW FIRM, P.C.
29 Broadway, Suite 2400
New York, NY 10006
Tel:   (212) 952-0602
Fax:   (212) 952-0608

Co-Lead Counsel for Lead Plaintiff
and the Settlement Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MICHAEL CRAFTON, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>       v.<br><br>POWERWAVE TECHNOLOGIES, INC., BRUCE C. EDWARDS, RONALD J. BUSCHUR and KEVIN T. MICHAELS,<br><br>             Defendants.<br>_____ | CASE NO.  SACV-07-0065-PSG (MLGx)<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL SETTLEMENT APPROVAL**<br><br>Hearing Date Set by Court Order Dated June 22, 2009<br><br>Date: October 19, 2009<br>Time: 2:30 p.m.<br>Ctrm: 790, Roybal Federal Building<br>Judge: Hon. Philip S. Gutierrez |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on October 19, 2009 at 2:30 p.m., in the Courtroom of the Honorable Philip S. Gutierrez, at the United States Courthouse, United States District Court, Central District of California, 255 East Temple Street, Los Angeles, California 90012, the Lead Plaintiff will, and hereby does, respectfully seek entry of the proposed Final Judgment and Order of Dismissal with Prejudice attached as Exhibit A hereto.[1]  The order seeks final approval of the Settlement reached in this litigation.

The Lead Plaintiff's motion is based on the Stipulation, this Court's June 22, 2009 Orders and on the Memorandum of Points and Authorities in Support of Motion for Final Approval of Settlement, the Declaration of Jordan L. Lurie Filed on Behalf of Weiss & Lurie in Support of Final Settlement Approval and for an Award of Attorneys' Fees and Expenses, the Declaration of Richard Brualdi on Behalf of The Brualdi Law Firm, P.C., in Support of Final Settlement Approval and for an Award of Attorneys' Fees and Expenses, the Declaration of Lead Plaintiff John Both in Support of Final Settlement Approval and His Application for Reimbursement of Time and Expenses filed concurrently and all other pleadings and matters of record and such additional evidence or argument as may be presented.

This Court's June 22, 2009 Orders direct the Lead Plaintiff to file this motion, and the parties have conferred regarding final approval of the Settlement

///

///

///

---

[1] Unless otherwise indicated, capitalized terms herein shall have the same meaning as in the Stipulation and Agreement of Settlement (the "Stipulation") dated May 14, 2009 and filed on May 15, 2009.

1

1 numerous times, both of which satisfy the pre-filing conference requirement of
2 Local Rule 7-3.

4 Dated: October 13, 2009

        Jordan L. Lurie
        Leigh A. Parker
        WEISS & LURIE

        /s/- Jordan L. Lurie
        10940 Wilshire Boulevard, 23rd Floor
        Los Angeles, CA 90024
        Tel:  (310) 208-2800
        Fax:  (310) 209-2348

        Richard B. Brualdi
        Sue Lee
        THE BRUALDI LAW FIRM, P.C
        29 Broadway, Suite 2400
        New York, NY 10006
        Tel:  (212) 952-0602
        Fax:  (212) 952-0608

        Co-Lead Counsel for Lead Plaintiff and the Settlement Class