Jordan L. Lurie (130013)
jlurie@weisslurie.com
Leigh A. Parker (170565)
lparker@weisslurie.com
WEISS & LURIE
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel:   (310) 208-2800
Fax:   (310) 209-2348

Richard B. Brualdi (Admitted *Pro Hac Vice*)
rbrualdi@brualdilawfirm.com
Sue Lee (Admitted *Pro Hac Vice*)
slee@brualdilawfirm.com
THE BRUALDI LAW FIRM, P.C.
29 Broadway, Suite 2400
New York, NY 10006
Tel:   (212) 952-0602
Fax:   (212) 952-0608

Co-Lead Counsel for Lead Plaintiff
and the Settlement Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY MICHAEL CRAFTON, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>POWERWAVE TECHNOLOGIES, INC., BRUCE C. EDWARDS, RONALD J. BUSCHUR and KEVIN T. MICHAELS,<br><br>  Defendants. | CASE NO.  SACV-07-0065-PSG (MLGx)<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REIMBURSEMENT OF ATTORNEYS' FEES AND EXPENSES**<br><br>Hearing Date Set by Court Order Dated June 22, 2009<br><br>Date: October 19, 2009<br>Time: 2:30 p.m.<br>Ctrm: 790, Roybal Federal Building<br>Judge: Hon. Philip S. Gutierrez |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on October 19, 2009 at 2:30 p.m., in the Courtroom of the Honorable Philip S. Gutierrez, at the United States Courthouse, United States District Court, Central District of California, 255 East Temple Street, Los Angeles, California 90012, the Lead Plaintiff will, and hereby does, respectfully seek entry of the proposed Order for Reimbursement of Attorneys' Fees and Expenses attached as Exhibit A hereto.[1]

The motion seeks an award of attorneys' fees and reimbursement for expenses incurred in the litigation of this matter, and for reimbursement of the Lead Plaintiff's time and expenses incurred in service to the Settlement Class.

This motion is based on the Stipulation, this Court's June 22, 2009 Orders and on Plaintiffs' Memorandum of Points and Authorities in Support of Motion for an Award of Attorneys' Fees and Expenses, the Declaration of Jordan L. Lurie Filed on Behalf of Weiss & Lurie in Support of Final Settlement Approval and for an Award of Attorneys' Fees and Expenses, the Declaration of Richard Brualdi on Behalf of The Brualdi Law Firm, P.C., in Support of Final Settlement Approval and for an Award of Attorneys' Fees and Expenses, the Memorandum of Points and Authorities in Support of Lead Plaintiff's Application for Reimbursement of His Time and Expenses, the Declaration of Lead Plaintiff John Both in Support of Final Settlement Approval and His Application for Reimbursement of Time and Expenses filed concurrently and all other pleadings and matters of record and such additional evidence or argument as may be presented.

Pursuant to paragraph V.7.2 of the Stipulation, Defendants take no position on the Lead Plaintiff's application for attorneys' fees and reimbursement of expenses to Plaintiffs' Lead Counsel and to the Lead Plaintiff.  Moreover, this

---

[1] Unless otherwise indicated, capitalized terms herein shall have the same meaning as in the Stipulation and Agreement of Settlement (the "Stipulation") dated May 14, 2009 and filed on May 15, 2009.

1

1 | Court's June 22, 2009 Orders direct the Lead Plaintiff to file this motion, and the
2 | parties have conferred regarding final approval of the Settlement numerous times,
3 | all of which satisfy the pre-filing conference requirement of Local Rule 7-3.

Dated: October 13, 2009

Jordan L. Lurie
Leigh A. Parker
WEISS & LURIE

 /s/-  Jordan L. Lurie
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel:   (310) 208-2800
Fax:  (310) 209-2348

Richard B. Brualdi
Sue Lee
THE BRUALDI LAW FIRM, P.C
29 Broadway, Suite 2400
New York, NY 10006
Tel:   (212) 952-0602
Fax:  (212) 952-0608

Co-Lead Counsel for Lead Plaintiff and the Settlement Class