Jordan L. Lurie (130013)
jlurie@weisslurie.com
Leigh A. Parker (170565)
lparker@weisslurie.com
WEISS & LURIE
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel:  (310) 208-2800
Fax:  (310) 209-2348

Richard B. Brualdi (Admitted *Pro Hac Vice*)
rbrualdi@brualdilawfirm.com
Sue Lee (Admitted *Pro Hac Vice*)
slee@brualdilawfirm.com
THE BRUALDI LAW FIRM, P.C.
29 Broadway, Suite 2400
New York, NY 10006
Tel:  (212) 952-0602
Fax:  (212) 952-0608

Co-Lead Counsel for Lead Plaintiff
and the Settlement Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY MICHAEL CRAFTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POWERWAVE TECHNOLOGIES, INC., BRUCE C. EDWARDS, RONALD J. BUSCHUR and KEVIN T. MICHAELS,<br><br>Defendants. | CASE NO.  SACV-07-0065-PSG (MLGx)<br><br>CLASS ACTION<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LEAD PLAINTIFF'S APPLICATION FOR REIMBURSEMENT OF HIS TIME AND EXPENSES**<br><br>Hearing Date and Time Set by Court Order Dated June 22, 2009<br><br>Date:  October 19, 2009<br>Time: 2:30 p.m.<br>Ctrm:  790, Roybal Federal Building<br>Judge: Hon. Philip S. Gutierrez |

Pursuant to this Court's June 22, 2009 minute order, Lead Plaintiff John Both respectfully submits this separate memorandum in support of his application for reimbursement of his time and expenses relating to his representation of the Settlement Class.[1]

The Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(4), expressly provides that class representatives may be reimbursed for "reasonable costs and expenses (including lost wages) directly relating to the representation of the class to any representative party serving on behalf of a class." Mr. Both was appointed as Lead Plaintiff in this action by this Court on June 13, 2007. This Court's June 22, 2009 Order also conditionally certified Mr. Both as Settlement Class Representative.

Throughout the litigation, Mr. Both has ably performed his duties to the Settlement Class and was instrumental in achieving the Settlement for the benefit of the Settlement Class Members. He has filed a supporting declaration that details his extensive efforts and time spent on behalf of the Settlement Class.[2] The Notice of Pendency and Proposed Settlement of Class Action disseminated to Members of the Settlement Class expressly discloses that Mr. Both will seek reimbursement for his time and expenses in an amount not to exceed $30,000. To date, no objections to Mr. Both's request for reimbursement have been received by Plaintiffs' Co-Lead Counsel.

The Lead Plaintiff assumed the risk, among other things, that he might be making a substantial investment of his time and effort without a guarantee of successfully litigating this action. However, as detailed in his accompanying

---

[1] Unless otherwise indicated, all capitalized terms have the same meaning as defined in the Stipulation and Agreement of Settlement ("Stipulation") dated May 14, 2009 and filed on May 15, 2009.

[2] *See* Declaration of Lead Plaintiff John Both in Support of Final Settlement Approval and His Application for Reimbursement of Time and Expenses ("Both Decl.") filed concurrently herewith.

1

Declaration, Mr. Both spent a considerable amount of time corresponding and conferring with his counsel; reviewing and providing input into pleadings filed in this matter, including pleadings filed in support of his motion for appointment as Lead Plaintiff, Plaintiffs' First Amended Consolidated Class Action Complaint and Oppositions to Defendants' motions to dismiss and for reconsideration; reviewing and responding to 39 document requests and 26 interrogatories propounded by Defendants, as well as making his initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1); reviewing documents and pleadings and otherwise preparing and appearing for his deposition; and in his involvement in the discussions and mediation leading to the proposed Settlement. Throughout the litigation, Mr. Both maintained consistent communications with his counsel. *See* Both Decl., paragraphs 2-5.

As set forth in his accompanying Declaration, Mr. Both expended approximately 138.5 hours representing the interests of the Settlement Class. Those hours represent time taken from his work as a business owner and his other personal obligations in order to serve the interests of the Settlement Class. His hourly billing rate as the proprietor of a medical scanning services company is $300 per hour. Multiplying his hours by his rate yields a sum of $41,550.00, well in excess of his requested reimbursement.

Therefore, Mr. Both's requested reimbursement of $30,000 is supported by his sworn declaration and the record of this litigation. His request also is consistent with reimbursement awards ordered by courts in this Circuit and others. For example, the court approved a reimbursement award of $40,000 to the class representative in *In re Immune Response Secs. Litig.*, 497 F. Supp. 2d 1166, 1173-1174 (S.D. Cal. 2007). An award of $26,000 to the lead plaintiff was approved in *In re CV Therapeutics, Inc.*, 2007 U.S. Dist. LEXIS 98244, at *5 (N.D. Cal. April 4, 2007). Similarly, $55,000 was awarded to each of two class representatives and

1  $35,000 was awarded to each of three class representatives in *In re Dunn &*
2  *Bradstreet Credit Servs. Customer Litig.*, 130 F.R.D. 366 (S.D. Ohio 1990); *see*
3  *also Enter. Energy Corp. v. Columbia Gas Transmission Corp.*, 137 F.R.D. 240
4  (S.D. Ohio 1991) ($50,000 awarded to each class representative).

The Lead Plaintiff's substantial efforts in litigating this action, and in achieving the proposed Settlement, conferred a substantial benefit on the Members of the Settlement Class. Accordingly, Mr. Both respectfully requests that this Court approve his request for reimbursement in the amount of $30,000 to be paid from the Settlement Fund.

Dated: October 13, 2009

Jordan L. Lurie
Leigh A. Parker
WEISS & LURIE

_____/s/ - Jordan L. Lurie_____
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Tel:   (310) 208-2800
Fax:  (310) 209-2348

Richard B. Brualdi
Sue Lee
THE BRUALDI LAW FIRM, P.C
29 Broadway, Suite 2400
New York, NY 10006
Tel:   (212) 952-0602
Fax:  (212) 952-0608

Co-Lead Counsel for Lead Plaintiff and the Settlement Class

3