SETH ARONSON (S.B. #100153)
AMY J. LONGO (S.B. #198304)
ANDREW R. ESCOBAR (S.B. #248242)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
saronson@omm.com
alongo@omm.com
aescobar@omm.com

Attorneys for Defendants
Powerwave Technologies, Inc., Bruce C.
Edwards, Ronald J. Buschur and Kevin T.
Michaels



FILED
CLERK, U.S. DISTRICT COURT
OCT 1 4 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MICHAEL CRAFTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>POWERWAVE TECHNOLOGIES, INC., BRUCE C. EDWARDS, RONALD J. BUSCHUR, and KEVIN T. MICHAELS,<br><br>Defendants. | Case No. SACV 07-0065 PSG (MLGx)<br><br><u>CLASS ACTION</u><br><br>**APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DEFENDANTS' CONFIDENTIAL MEMORANDUM IN SUPPORT OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Date: October 19, 2009<br>Time: 2:30 p.m.<br>Courtroom: 790 Roybal Federal Bldg.<br>Judge: Hon. Philip S. Gutierrez |

NB1:784706.1

APP. AND PROPOSED ORDER TO FILE DEFS'
CONFIDENTIAL MEMO UNDER SEAL
CASE NO. SACV 07-0065 PSG (MLGX)

# APPLICATION TO FILE DOCUMENTS UNDER SEAL

Pursuant to the Court's Minute Order of June 22, 2009, Federal Rule of Civil Procedure 5.2 and Local Rule 5-1, Defendants Powerwave Technologies, Inc., Bruce C. Edwards, Ronald J. Buschur, and Kevin T. Michaels make this application to file under seal the attached Defendants' Confidential Memorandum in Support of Proposed Class Action Settlement, including its exhibits. Movants make this application with the consent of Plaintiff's counsel and in the interest of justice. Per the Court's Minute Order of June 22, 2009 and the hearing on that same date, the attached confidential memorandum is to be shown only to the Court and not to any other party to this litigation.

Dated: October 13, 2009

SETH ARONSON
AMY J. LONGO
ANDREW R. ESCOBAR
O'MELVENY & MYERS LLP

By: _Seth Aronson_ / by ARE with permission
Seth Aronson
Attorneys for Defendants Powerwave Technologies, Inc., Bruce C. Edwards, Ronald J. Buschur and Kevin T. Michaels

# [PROPOSED] ORDER

IT IS SO ORDERED.

10/14/09
Dated

_____
Honorable Philip S. Gutierrez
United States District Court

NB1:784706.1

- 1 -

APP. AND PROPOSED ORDER TO FILE DEFS'
CONFIDENTIAL MEMO UNDER SEAL
CASE NO. SACV 07-0065 PSG (MLGX)