# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | SA CV 07-65-PSG (MLGx) | Date: | October 19, 2009 |
|---|---|---|---|
| Title: | JERRY MICHAEL CRAFTON -VS- POWERWAVE TECHNOLOGIES, INC., ET AL. | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Miriam Baird | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jordan Lurie | Seth Aronson |
| Richard Brualdi | Andrew Escobar |

Proceedings:   **SETTLEMENT FAIRNESS HEARING**

**LEAD PLAINTIFF'S MOTION FOR FINAL SETTLEMENT APPROVAL FILED 10-13-09 (DOC #150)**

**LEAD PLAINTIFF'S MOTION FOR REIMBURSEMENT OF ATTORNEYS' FEES AND EXPENSES FILED 10-13-09 ( DOC #157)**

Matter called. The Court hears oral argument regarding the above-referenced motions, and signs the revised proposed order presented in court.  Order to be issued.

:    04

Initials of Preparer    wkh